# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Meaghan Scollins,

            Plaintiff,

v.

Delta Management Associates, Inc.; and DOES 1-10, inclusive,

           Defendant.

_____

Civil Action No.: 1:10-cv-11545-RWZ

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Delta Management Associates, Inc. without prejudice and without costs to any party.

| Meaghan Scollins | Delta Management Associates, Inc. |
|---|---|
| ___/s/ Sergei Lemberg_____ | ___/s/ Michael A. Riordan_____ |
| Sergei Lemberg, Esq. | Michael A. Riordan |
| BBO No.: 650671 | Law Office of Michael A. Riordan |
| LEMBERG & ASSOCIATES | 274 Main Street |
| 1100 Summer Street, 3rd Floor | Suite 208 |
| Stamford, CT 06905 | Reading, MA 01867 |
| (203) 653-2250 | (781) 944-1455 |
| Attorney for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By /s/ Sergei Lemberg

                Sergei Lemberg